# EXHIBIT A

# EXHIBIT A

KATHLEEN M. RHOADS (SBN: 144466)
krhoads@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6511
Facsimile: (916) 920-4402

Attorneys for Defendants
TEVA WOMEN'S HEALTH, LLC;
TEVA WOMEN'S HEALTH, INC.;
TEVA PHARMACEUTICALS USA, INC.;
TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.;
THE COOPER COMPANIES, INC.; and COOPERSURGICAL, INC.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| ANCA BOTEZ, | ) CASE NO. CGC-21-595785 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| TEVA PHARMACEUTICALS, USA, INC.; TEVA WOMEN'S HEALTH, INC.; TEVA WOMEN'S HEALTH, LLC; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; THE COOPER COMPANIES, INC. and COOPERSURGICAL, INC., | ) Complaint filed October 6, 2021 |
| Defendants. | ) |

COMES NOW Defendant Teva Women's Health, LLC, hereby to give notice, through counsel, of the removal of this action from the Superior Court of San Francisco County, California, to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1441, et seq. A copy of the Notice of Removal is attached hereto as Exhibit A, and made a part thereof.

The above-styled action is hereby removed from this Court to the United States District Court for the Northern District of California.

/ / /

/ / /

-1-

Notice of Filing of Notice of Removal to United States District Court for the Northern District of California

1   PLEASE TAKE FURTHER NOTICE that with the filing of this Notice, removal of this action to the United States District Court for the Northern District of California is effected and, pursuant to 28 U.S.C. § 1446(d), no further proceedings may be had in this action.

Dated:  December 21, 2021          GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Kathleen M. Rhoads
Kathleen M. Rhoads
Attorney for Defendant
Teva Women's Health, LLC

Re:   *Anca Botez v. Teva Pharmaceuticals, USA, Inc., et al.*
      Alameda County Superior Court Case No. CGC-21-595785

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 3 Parkcenter Drive, Suite 200, Sacramento, CA 95825. On December 21, 2021, I served the within documents:

**NOTICE OF FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at , addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☑ ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on California Rule of Court, Emergency Rule 12 Related to COVID-19 and notice provided on April 1, 2020, that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.

Timothy M. Clark
Lauren Welling
MILLBERG COLEMAN BRYSON GROSSMAN, LLC
16755 Von Karman Ave. Ste 200 Irvine, CA  92606
tclark@thesandersfirm.com
lwelling@thesandersfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 21, 2021, at Sacramento, California.

_____
CINDY WALLIN